IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JESSE C. BANNER, JR., )
)
    Plaintiff, )
)
v. ) 1:05CV01156
)
PHILIP MORRIS U.S.A., )
)
    Defendant. )

ORDER AND JUDGMENT

OSTEEN, District Judge

    For the reasons stated in the memorandum opinion filed this same day,

    IT IS ORDERED AND ADJUDGED that Defendant's motion to dismiss [4] is GRANTED.

    This the 30th day of August 2006.

                                                                              _____
                                                                             United States District Judge